IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RAY GOLLOTT, #389691                                                                                    PLAINTIFF

VERSUS                                                          CIVIL ACTION NO.  1:16-cv-49-LG-RHW

TROY PETERSON, et al.                                                                                 DEFENDANTS

SECOND AND FINAL ORDER TO SHOW CAUSE

The Court entered an Order [9] on April 1, 2016, directing Plaintiff to file a written response providing information concerning the claims in his Complaint [1].  Plaintiff was directed to file his written response on or before April 25, 2016.  Even though Plaintiff was warned that failure to comply or failure to advise the Court of a new address could result in the dismissal of the instant civil action, Plaintiff failed to comply with the Order [9] or contact the Court concerning this case.

Because Plaintiff did not comply with the Order [9], the Court then entered an Order [10] to Show Cause on May 2, 2016.  The Order [9] to Show Cause directed Plaintiff to file on or before May 2, 2016, a written response providing information concerning the claims in his Complaint [1].  Even though Plaintiff was warned again in that Order [10] that failure to comply or failure to notify this Court of a change of address could result in the dismissal of the instant civil action, he has not complied.  The Court therefore will provide Plaintiff with a final opportunity to comply with the Orders [9, 10] directing Plaintiff to file a response and provide the information needed by the Court to screen Plaintiff's Complaint [1].  Accordingly, it is

**ORDERED:**

(1) That Plaintiff **on or before June 15, 2016**, respond in writing to this Order to Show Cause and explain why this case should not be dismissed for failure to comply with the Court's Orders [9, 10] of April 1, 2016, and May 2, 2016, respectively;

(2)   That Plaintiff **on or before June 15, 2016**, comply with the Orders [9, 10] by specifically stating the following:

(a) state how Defendant Sheriff Troy Peterson violated Plaintiff's constitutional rights, including dates;

(b) state how Defendant Harrison County, Mississippi, violated Plaintiff's constitutional rights asserting specific facts upon which the alleged unconstitutional actions of Harrison County were a result of a policy or custom, including dates;

(c) state how Defendant Correctional Medical Associates violated Plaintiff's constitutional rights, including dates;

(d) state the first and last name of Defendant John Doe, H.C.A.D.C. Maintenance Man; and

(e) state how Defendant John Doe, H.C.A.D.C. Maintenance Man violated Plaintiff's constitutional rights.

(3)   That Plaintiff file his written response to this Order with the Clerk, 2012 15th Street, Suite 403, Gulfport, Mississippi 39501.

(4)   That failure to timely comply with the Order of the Court or failure to advise the Court of a change of address will be deemed as a purposeful delay and contumacious act by Plaintiff and *will result* in this cause being dismissed without prejudice and *without* further notice to Plaintiff. This is Plaintiff's final opportunity to comply with the Orders [9, 10].

THIS, the 31st day of May, 2016.

        *s/ Robert H. Walker*
        UNITED STATES MAGISTRATE JUDGE