### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**RAY GOLLOTT, #389691**                                                    **PLAINTIFF**

**v.**                                                    **CAUSE NO. 1:16CV49-LG-RHW**

**TROY PETERSON, ET AL.**                                                    **DEFENDANTS**

### <u>FINAL JUDGMENT</u>

This cause is before the Court, sua sponte, for consideration of dismissal.
Pursuant to the Order of Dismissal issued this date and incorporated herein by
reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is
**DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 30th day of June, 2016.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
Chief United States District Judge